Joseph DeABREAU

v.

Joseph J. MIKULA.

No. 80–432–A.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Francis P. Castrovillari, Cranston, for plaintiff.

Anderson, Henning & Anderson, Paul A. Anderson, Providence, for defendant.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

SHEA, J., did not participate.

Lucien GERVAIS

v.

TOWN OF LINCOLN et al.

No. 81–428–M.P.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Richard R. Ackerman, Inc., Richard R. Ackerman, Woonsocket, for petitioner.

Edward W. Moses, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

John F. LAWTON

v.

June K. LAWTON.

No. 80–450–A.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Nugent & Nugent, J. Joseph Nugent, Jr., Providence, for plaintiff.

John D. Lynch, Warwick, for defendant.

ORDER

The plaintiff's motions to affirm the decree of the Family Court pursuant to Rule 16(g) and to dismiss this appeal are hereby granted.